IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY ANDREWS, Personal Representative for the Estate of MISTY FORD; A.F, beneficiary of the estate and individually; N.F, beneficiary of the estate and individually; and ETHEL FORD, individually,<br><br>    Plaintiffs,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA; KATHERINE WHIPPLE, M.D., an individual; and DOES 1-10;<br><br>    Defendants. | **NO.  CV-08-0062-FVS**<br><br>**ORDER DISMISSING SUIT WITH PREJUDICE** |

THIS MATTER HAVING COME BEFORE THE COURT on the parties' stipulation and in connection with Plaintiffs' motion for approval of the settlement reached on Plaintiffs' negligent custodial care claim in Cause No. CV-07-0361-FVS (Ct. Recs. 53 and 54), and the Court being fully advised in the premises,

ORDER OF DISMISSAL WITH PREJUDICE - 1

1
2
3   **IT IS HEREBY ORDERED** that Plaintiffs' claims in this suit are
4   dismissed with prejudice, without costs and attorneys' fees awarded to any party.
5   The parties' stipulated motion for order dismissing suit (**Ct. Rec. 14**) is
6
7   **GRANTED**.
8   **IT IS SO ORDERED**.  The District Court Executive is hereby directed to
9
10
11  enter this order, furnish copies to counsel and **CLOSE THE FILE**.
12
13  Dated this 18th day of March, 2010.
14
15
16              S/Fred Van Sickle
17              THE HONORABLE FRED VAN SICKLE
18              SENIOR U.S. DISTRICT COURT JUDGE
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34